United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 23-40683-nhl
Ronald Lai  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1  User: admin  Page 1 of 2
Date Rcvd: Apr 24, 2023  Form ID: 274  Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald Lai, 81 Mulberry Street #2-A, New York, NY 10013-4441 |
| smg | + | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| 10161814 | | U.S. Bank Trust National Association, c/o KML Law Group, P.C., 216 Hudson Avenue #406, Westmont, NJ 08108 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 10163982 | | EDI: BANKAMER.COM | Apr 24 2023 22:11:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 10163873 | + | Email/Text: RASEBN@raslg.com | Apr 24 2023 18:15:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, c/o Robertson, Anschutz, Schneid, Crane, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 10163874 | + | Email/Text: RASEBN@raslg.com | Apr 24 2023 18:15:00 | c/o Robertson, Anschutz, Schneid, Crane, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2023 at the address(es) listed below:**

| District/off: 0207-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 24, 2023 | Form ID: 274 | Total Noticed: 6 |

| Name | Email Address |
|---|---|
| Krista M Preuss | info@ch13edny.com  mderosa13@ecf.epiqsystems.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Raquel Felix | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust raqfelix@raslg.com, rfelix@ecf.courtdrive.com |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Ronald Lai | Social Security number or ITIN: xxx–xx–4346 |
| | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _ <br> EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter: 13   2/28/23 |
| Case number: | 1–23–40683–nhl | |

# NOTICE OF AUTOMATIC DISMISSAL OF CASE
# UNDER BANKRUPTCY CODE § 521 (i)(1)

**NOTICE IS HEREBY GIVEN THAT:**

1) This case was filed on February 28, 2023, with deficiencies.

2) A Notice of Deficiency Filing was sent on February 28, 2023, informing the debtor(s), among other things, that there were outstanding statements, schedules and/or lists to be filed or the case may be subject to automatic dismissal under § 521(i)(1) of the Bankruptcy Code.

3) A Final Notice of Section 521 Deficiencies was sent on March 29, 2023, notifying the debtor(s) that certain documents remained outstanding and in the absence of those documents being filed, the case would be dismissed under § 521(i)(1) of the Bankruptcy Code.

4) As of this date, some or all of the required documents have not been filed with the Clerk of the Court.

Under § 521(i)(1), the above captioned case is dismissed effective on the 46th day after the date of the filing of the petition.

Notice is further given that if there are any outstanding filing fees due, it must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: April 24, 2023

For the Court, Robert A. Gavin, Jr., Clerk of Court